## 2025 P&L
### 1/1/2025 through 8/31/2025

| Category | 1/1/2025-8/31/2025 | OVERALL TOTAL |
|---|---:|---:|
| **INFLOWS** | | |
| Misc Income | 224.00 | 224.00 |
| Services | 444,258.70 | 444,258.70 |
| **TOTAL INFLOWS** | **444,482.70** | **444,482.70** |
| **OUTFLOWS** | | |
| Advertising | 1,319.82 | 1,319.82 |
| Bank Fees | 1,332.12 | 1,332.12 |
| Bus. Dining | 233.81 | 233.81 |
| Insurance | 3,764.01 | 3,764.01 |
| Interest Exp. | 51,068.99 | 51,068.99 |
| Legal Fees | 5,000.00 | 5,000.00 |
| Licences | 828.90 | 828.90 |
| Maintenance | 0.00 | 0.00 |
| Misc | -0.01 | -0.01 |
| Office Rent | 13,094.72 | 13,094.72 |
| Payroll | 370,971.27 | 370,971.27 |
| Phone | 6,255.44 | 6,255.44 |
| Postage-Ship | 908.80 | 908.80 |
| Promotion | 116.15 | 116.15 |
| Subscriptions | 437.63 | 437.63 |
| Supplies | 3,609.64 | 3,609.64 |
| Tax Prep | 1,421.52 | 1,421.52 |
| **TOTAL OUTFLOWS** | **460,362.81** | **460,362.81** |
| **OVERALL TOTAL** | **-15,880.11** | **-15,880.11** |