BALANCE SHEET - NORTHWEST OHIO SPEECH                8/31/2025

ASSETS
CASH AND BANK ACCOUNTS
    CHECKING CHASE 718627923                         $64,886.00

RECEIVABLES
    ACCTS RCVB CURRENT MONTH                         $35,152.00

OTHER ASSETS
    TESTS AND TESTING MATERIALS                       $2,000.00
    FURNITURE, FIXTURES, COMPUTERS                    $3,000.00

  TOTAL ASSETS                                       $105,038.00

LIABILITIES

LOANS
    REVOLVING
    CITIZENS 800-8003212106-00026                    $80,000.00
    HUNTINGTON 1300469730-00091                     $178,323.00
    AMERICAN EXPRESS 372322606303004                 $49,828.00
    PITNEY BOWES 8000-9090-0385-2477                  $3,150.00

    TERM
    IBUSINESS 50340168835                           $146,439.00
    BAYFIRST SBA 5840159100                         $147,758.00
    SBA EIDL                                         $91,885.00
    HUNTINGTON 1300469730-000109                    $164,496.00
    READYCAP SBA 6537129104                          $48,787.00

OTHER LIABILITIES

    PAYROLL                                          $15,054.40

    FEDERAL WITHHOLDING CURRENT                       $2,329.97
    FEDERAL WITHHOLDING Q1 2025                      $25,800.00
    FEDERAL WITHHOLDING Q3 2024                      $25,221.00
    STATE WITHHOLDING PAST DUE                        $8,226.86
    STATE CITY WITHHOLDING CURRENT                      $969.14

  TOTAL LIABILITIES                                  $988,267.37

OVERALL TOTAL                                        -$883,229.37